43 A.3d 1161

IN THE MATTER OF IRVIN L. SOLONDZ, AN ATTORNEY AT LAW (ATTORNEY NO. 201141962).

June 5, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11-359, concluding that the formal ethics complaint filed against **IRVIN L. SOLONDZ** of **NEWARK,** who was admitted to the bar of this State in 1962, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the formal complaint filed against **IRVIN L. SOLONDZ** in District Docket No. VA–10–0010E, is hereby dismissed.